The motion for rehearing will therefore be overruled.

---

## GREGG v. STATE.

(Court of Criminal Appeals of Texas. Jan. 24, 1912.)

CRIMINAL LAW (§ 1081*)—APPEAL—NOTICE OF APPEAL.

A court, on appeal from a criminal prosecution, has no jurisdiction, where no notice of appeal was given.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2722-2724; Dec. Dig. § 1081.*]

Appeal from District Court, Caldwell County; Ed. R. Sinks, Judge.

Pat Gregg was convicted of murder in the second degree, and appeals. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was indicted for murder, pleaded guilty, and the jury found him guilty of murder in the second degree, and fixed his penalty at 25 years in the penitentiary.

There is no statement of facts in the record. The Assistant Attorney General moves the court to dismiss the appeal, because the record does not show that notice of appeal was given. The record shows no notice of appeal.

The motion to dismiss will therefore be granted.

---

## ADDELMAN v. STATE.

(Court of Criminal Appeals of Texas. Jan. 24, 1912.)

CRIMINAL LAW (§ 1094*)—APPEAL—RECORD.

Where the record contains no exceptions to the rulings on evidence, nor any bill of exceptions to the charge, the judgment must be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 3204; Dec. Dig. § 1094.*]

Appeal from Potter County Court; W. M. Jeter, Judge.

J. E. Addelman was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was prosecuted and convicted for unlawfully carrying a pistol.

There is no statement of facts in the record. No exceptions appear in the record to the exclusion or admission of evidence, nor is there any bill of exceptions to the charge of the court. There is, therefore, nothing raised by the appellant that this court can pass upon.

The judgment will therefore be affirmed.